UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE ROSARIO,

                Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

20 Civ. 6558 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that by **August 26, 2020**, Plaintiff will file a renewed application to proceed in forma pauperis that provides answers to Questions 1 and 2 of the application form.

Dated: New York, New York
       August 19, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge