UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE ROSARIO,

          Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

**ORDER**

20 Civ. 6558 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that by **September 23, 2020**, Plaintiff will file a renewed application to proceed in forma pauperis that provides answers to Questions 1 and 2 of the application form.

      The Clerk of the Court is directed to send a copy of this order by certified mail to pro se Plaintiff.

Dated: New York, New York
       September 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge