UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVETTE ROSARIO,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

20-CV-6558 (PGG) (BCM)

**ORDER**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/28/21

**BARBARA MOSES, United States Magistrate Judge.**

    The Commissioner filed the administrative record on March 23, 2021. (Dkt. No. 17.) Pursuant to the Court's Scheduling Order dated November 23, 2020 (Dkt. No. 11), the parties were directed to file a stipulation or joint letter no later than 60 days after the administrative record was filed. (*Id.* ¶¶ 5-7.) Although that deadline has now passed, no stipulation or joint letter has been filed. The parties shall do so no later than **June 4, 2021**.

    Dated: New York, New York
           May 28, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**