UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVETTE ROSARIO,

       Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

20-CV-6558 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 7, 2021, I directed defendant to file its opposition to plaintiff's motion for judgment on the pleadings and any cross-motion no later than October 19, 2021. (Dkt. No. 22.) Defendant did not do so. Nor has defendant filed a motion to extend this deadline. It is hereby ORDERED, *sua sponte*, that defendant's opposition papers and any cross-motion shall be filed no later than **November 18, 2021**. Plaintiff's reply papers, if any, shall be filed no later than **December 9, 2021**. NO FURTHER EXTENSIONS OF DEFENDANT'S DEADLINE WILL BE GRANTED.

Dated: New York, New York
       October 27, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**