UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IVETTE ROSARIO,

                       Plaintiff,

-against-                                      20 **CIVIL** 6558 (BCM)

## **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, because the Decision is free from legal error and the ALJ's findings and conclusions are supported by substantial evidence in the record, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2022

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                   **BY:**

                                                               **Deputy Clerk**